IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20CR3043 |
| vs. | |
| WENDY A. ECKERT, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 34) is granted.

2. Defendant Wendy A. Eckert's sentencing is continued to December 18, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of November, 2020.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge