IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3043 |
| vs. | ORDER |
| WENDY A. ECKERT, | |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 45), asking the Court to re-appoint the Federal Public Defender's office to help her pursue a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." But the motion does not indicate the basis for such a motion. Absent any indication that the defendant has a colorable claim, the Court cannot determine whether appointment of counsel is appropriate. Accordingly, the Court will deny the motion without prejudice.

IT IS ORDERED that the defendant's motion to appoint counsel (filing 45) is denied without prejudice.

Dated this 29th day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge